168 A.3d 66

**SHIELDS, Dequan K.**

v.

**STATE of Maryland**

**Pet. Docket No. 174, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 339, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 66

**TOME, Ulises**

v.

**STATE of Maryland**

**Pet. Docket No. 162, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1897, Sept. Term, 2015).

Petition for writ of certiorari dismissed